650

No. 10212. STATE OF MONTANA ex rel. CARL HARRIS and ELMA HARRIS, husband and wife; CARL E. ANDERSON and CAROLINE OIE ANDERSON, husband and wife, Petitioners, v. CITY OF POLSON, a Municipal Corporation, et al., Respondents.

Submitted and decided December 21, 1960.

357 P.2d 692.

PER CURIAM.

The writ is denied and the proceedings dismissed.